# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO





FILED
JUN 19 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 18 0267**

RICHARD LEE PARMER, JR.,

**RS**

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

A true bill.

_Virginia Tandy_
Foreman

Filed in open court this __19__ day of
__June, 2018__.

_M. Jonjewyn_
Clerk

SALLIE KIM
United States Magistrate Judge    Bail, $ _____

**NO BAIL WARRANT**

CR18-0267-RS

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography;
18 U.S.C. §§ 2254(a)(4)(B) and (b)(2) – Possession of Child Pornography.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ RICHARD LEE PARMER, JR.

DISTRICT COURT NUMBER
**CR 18 0267 RS**

FILED JUN 19 2018 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
San Francisco Police Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ann Cho Lucas

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
San Francisco

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No bail.
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT

**Count One:** **18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography**
    Maximum Penalties:
        Assuming qualifying prior applies under 18 U.S.C. 2252(b)(1):
            40 years imprisonment (minimum 15 years)
            $250,000 fine;
            Lifetime supervised release (at least 5 years)
            $100 special assessment
        Otherwise:
            20 years imprisonment (minimum 5 years)
            $250,000 fine;
            Lifetime supervised release (at least 5 years)
            $100 special assessment

**Count Two:** **18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography**
    Maximum Penalties:
        Assuming qualifying prior applies under 18 U.S.C. 2252(b)(2):
            20 years imprisonment (minimum 10 years)
            $250,000 fine
            Lifetime supervised release (at least 5 years)
            $100 special assessment

        Otherwise:
            10 years imprisonment (20 years if visual depiction involved a prepubescent minor or a minor who had not attained 12 years of age)
            $250,000 fine
            Lifetime supervised release (at least 5 years)
            $100 special assessment

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

FILED
JUN 19 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18 0267 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; |
| v. | ) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; |
| RICHARD LEE PARMER, JR., | ) 18 U.S.C. § 2253 – Criminal Forfeiture |
| Defendant. | ) |
|  | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(2) –Distribution of Child Pornography)

Beginning on a date unknown to the grand jury but no later than March 13, 2018, continuing to on or about, March 14, 2018, in the Northern District of California, the defendant,

RICHARD LEE PARMER, JR.,

did knowingly distribute in interstate and foreign commerce, by any means including by computer, certain visual depictions, the producing of which involved the use of one and more minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

INDICTMENT

COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

On or about April 26, 2018, in the Northern District of California, the defendant,

RICHARD LEE PARMER, JR.,

did knowingly possess and access with intent to view matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in interstate commerce, by any means including by computer, the production of which involved the use of a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1)-(3) – Criminal Forfeiture)

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of any offense charged in Counts One or Two, the defendant,

RICHARD LEE PARMER, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

    a. any visual depiction described in Title 18, United States Code, sections 2251, 2251A, 2252, or 2252A or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes but is not limited to the following items:

    a. one ASUS Model X55WM Laptop computer (serial no. F7N0CV014237273); and

INDICTMENT

    b. one Toshiba DTC810 External Hard Drive (serial no. 87L4TFIMT0ZF).

 3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED: June 19, 2018

A TRUE BILL.

_Virginia Tandrup_
FOREPERSON

ALEX G. TSE
Acting United States Attorney

DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____)
    SAUSA ANN CHO LUCAS

INDICTMENT