| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | AJAY KRISHNAMURTHY (CABN 305533)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7050 |
| 7 | Ajay.krishnamurthy@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-CR-00267-RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM MARCH 5, 2019 TO MARCH 19, 2019, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| RICHARD LEE PARMER, JR. | ) | |
| Defendant. | ) | |

The parties in the above-captioned case are scheduled to appear before the Court on March 5, 2019 for a status hearing. The government has produced discovery to the defense.

The parties continue to discuss a potential pretrial resolution and seek additional time to continue these discussions. In order to allow time for these discussions, and to allow time to further investigate the case, the parties request that the March 5, 2019, hearing be continued to March 19, 2019 at 2:30 pm. The parties agree and jointly request that the time between March 5, 2019, and March 19, 2019 (inclusive), should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of

//

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00267-RS

justice are served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

DAVID L. ANDERSON
United States Attorney

DATED: February 27, 2019

_____/s/_____
AJAY KRISHNAMURTHY
Assistant United States Attorneys

DATED: February 27, 2019

_____/s/_____
ELLEN LEONIDA
Attorney for the Defendant

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 19, 2019 at 2:30 pm, and time is excluded until March 19, 2019.

DATED: 2/28/19

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00267-RS