| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | AJAY KRISHNAMURTHY (CABN 305533)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7050 |
| 7 | Ajay.krishnamurthy@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-CR-00267-RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE HEARING FROM MARCH 26, 2019 TO APRIL 16, 2019, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| RICHARD LEE PARMER, JR. | ) | |
| Defendant. | ) | |

The parties in the above-captioned case are scheduled to appear before the Court on March 26, 2019. The parties jointly request that this hearing date be vacated and the matter re-set for a change of plea on April 16, 2019.

On March 24, 2019, the government provided a draft plea agreement to defense counsel. The continuance is requested to allow defense counsel and Mr. Parmer to review the plea agreement, and because defense counsel will be out of the country the week of April 8, 2019.

The parties agree and jointly request that the time between March 26, 2019, and April 16, 2019 (inclusive), should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00267-RS

that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

DAVID L. ANDERSON
United States Attorney

DATED: March 25, 2019

_____/s/_____
AJAY KRISHNAMURTHY
Assistant United States Attorneys

DATED: March 25, 2019

_____/s/_____
ELLEN LEONIDA
Attorney for the Defendant

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00267-RS

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until April 16, 2019 at 2:30 pm, and time is excluded until April 16, 2019.

DATED: 3/25/19

_____
HON. RICHARD SEEBORG
United States District Judge