STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, RICHARD PARMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>v.<br><br>RICHARD PARMER,<br>    DEFENDANT. | CR 18-267 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the hearing date of April 30, 2019, be vacated and the matter re-set for May 14, 2019, at 2:30 p.m.

At the last appearance, Mr. Parmer was appointed CJA counsel for the purpose of consulting with him regarding his case and the outstanding plea agreement. The lawyer who has been appointed, Ed Swanson, has met with Mr. Parmer but requires additional time to conduct research and meet with Mr. Parmer again. The parties agree and stipulate that the time between April 30, 2019, and May 14, 2019, should be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to accommodate counsel's preparation efforts.

//

//

| | | |
|---|---|---|
| DATED: April 26, 2019 | | /S/ |
| | | ELLEN V. LEONIDA |
| | | Assistant Federal Public Defender |
| | | Counsel for Defendant Parmer |

| | | |
|---|---|---|
| DATED: April 26, 2019 | | /S/ |
| | | AJAY KRISHNAMURTHY |
| | | Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 14, 2019, at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from April 30, 2019, to May 14, 2019, pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 29, 2019

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE