DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY CABN 305533)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-267-RS-LB |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| RICHARD PARMER | |
| Defendant. | |

    On June 19, 2018, defendant Richard Parmer was charged by indictment with possession and distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B).

    On July 19, 2019, the Court authorized a warrant for the defendant's arrest based on a petition from US Pretrial Services. This matter came before the Court on July 30, 2019, for a detention hearing. The defendant was present and represented by Ed Swanson and Ellen Leonida. Assistant United States Attorney Ajay Krishnamurthy was present for the government. US Pretrial Services Officer Anthony Granados was present for Pretrial Services.

    Upon consideration of the facts, proffers and arguments presented by Pretrial Services and the parties, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the

community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 31, 2019

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge