Edward W. Swanson, SBN 159859
Audrey Barron, SBN 286688
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant RICHARD LEE PARMER JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>RICHARD LEE PARMER, JR.,<br><br>Defendants. | Case No. CR 18-00267 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING EVIDENTIARY HEARING** |

On July 20, 2019, the Court heard oral argument on Mr. Parmer's motion to suppress. The Court ordered an evidentiary hearing and ordered counsel to meet and confer regarding dates in September. Dkt. 82. The parties have done so and now stipulate and respectfully request that the evidentiary hearing be set on September 17, 2019 at 10:00 a.m. That date is the soonest available for counsel.

//

//

//

**IT IS SO STIPULATED.**

DATED: August 6, 2019

                                                     _____/s/_____
                                                     AJAY KRISHNAMURTHY
                                                     Assistant United States Attorney

                                                    _____/s/_____
                                                    EDWARD W. SWANSON
                                                    AUDREY A. BARRON
                                                    Swanson & McNamara LLP
                                                    Attorneys for RICHARD LEE PARMER, JR.

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that an evidentiary hearing on defendant Richard Lee Parmer Jr.'s motion to suppress will be heard on September 17, 2019 at 10:00 a.m.

Dated: August 6, 2019

                                                    _____
                                                    Honorable Richard Seeborg
                                                    United States District Court Judge