STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, RICHARD PARMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF,<br><br>v.<br><br>RICHARD PARMER,<br>        DEFENDANT. | CR 18-267 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the hearing date of January 21, 2020, be vacated and the matter re-set for February 4, 2020, at 2:30 p.m.

Mr. Parmer requires additional time to conduct investigation. The parties agree and stipulate that the time between January 21, 2020, and February 4, 2020, should be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to accommodate counsel's preparation efforts.

DATED: January 17, 2020                      /S/
                                                       ELLEN V. LEONIDA
                                                       Assistant Federal Public Defender
                                                       Counsel for Defendant Parmer

| | | |
|---|---|---|
| DATED: January 17, 2020 | | /S/ |
| | | EDWARD W. SWANSON |
| | | Counsel for Defendant Parmer |

| | | |
|---|---|---|
| DATED: January 17, 2020 | | /S/ |
| | | RICHARD EWENSTEIN |
| | | Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 4, 2020, at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from January 21, 2020, to February 4, 2020, pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/17/2020

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE