# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
Jun 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

Richard Lee Parmer Jr.

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography
18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

---

A true bill.

_____ Foreman

Filed in open court this __16__ day of __June__

_____ Clerk

no process

Bail, $ _____

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

Jun 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LEE PARMER JR., <br><br> Defendant. | CASE NO. CR 18-0267 RS <br><br> <u>VIOLATIONS</u>: <br> 18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography; <br> 18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography; <br> 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) – Possession of Child Pornography; <br> 18 U.S.C. § 2253(a) – Criminal Forfeiture <br><br> SAN FRANCISCO VENUE |

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges:

<u>COUNT ONE</u>:   (18 U.S.C. §§ 2252(a)(2) and (b) – Distribution of Child Pornography)

Beginning on a date unknown to the grand jury but no later than March 13, 2018, continuing to on or about March 14, 2018, in the Northern District of California, the defendant,

RICHARD LEE PARMER JR.,

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

SUPERSEDING INDICTMENT

COUNT TWO:   (18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography)

Beginning on a date unknown to the grand jury but no later than March 13, 2018, continuing to on or about March 14, 2018, in the Northern District of California, the defendant,

RICHARD LEE PARMER JR.,

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

COUNT THREE:   (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about April 26, 2018, in the Northern District of California, the defendant,

RICHARD LEE PARMER JR.,

did knowingly possess matter which contained at least one visual depiction that been shipped and transported using a means and facility of interstate and foreign commerce, by any means including by computer, the production of which visual depiction involved the use of a minor, including a prepubescent minor, engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION:   (18 U.S.C. § 2253(a))

The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Superseding Indictment, the defendant,

RICHARD LEE PARMER JR.,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

SUPERSEDING INDICTMENT           2

which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

a. one ASUS Model X55WM Laptop computer (serial no. F7N0CV014237273); and

b. One Toshiba DTC810 External Hard Drive (serial no. 87L4TFIMT0ZF).

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

///
///
///
///
///

SUPERSEDING INDICTMENT                3

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
RICHARD EWENSTEIN
Assistant United States Attorney

SUPERSEDING INDICTMENT                4

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☒ SUPERSEDING

**OFFENSE CHARGED**

Ct 1: 18 U.S.C. 2252(a)(2) - Distribution of Child Pornography
Ct 2: 18 U.S.C. 2252(a)(2) - Receipt of Child Pornography
Ct 3: 18 U.S.C. 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   Cts 1 & 2: 40 years' imprisonment (min. 15 years), $250,000 fine, lifetime supervised release min. 5 years), $100 special assessment.
Ct 3: 20 years' imprisonment (min. 10 years), $250,000, lifetime supervised release (min. 5 years), $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Richard Lee Parmer Jr.

DISTRICT COURT NUMBER
CR 18-0267-RS

FILED
Jun 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Richard Ewenstein

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: