Edward W. Swanson, SBN 159859
ed@smllp.law
Audrey Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant RICHARD LEE PARMER, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-00267 RS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS TRIAL SETTING** |
| vs. | |
| RICHARD LEE PARMER, JR., | |
| Defendant. | |

On March 2, 2021, the parties appeared by teleconference for a status conference. The parties informed the Court that they continue to engage in settlement discussions but that, due to the atypical nature of the proposed resolution, the government was not yet able to say whether it would be able to enter into the proposed resolution. The Court scheduled a further status hearing for March 30, 2021. Since then, the parties have worked diligently towards a potential resolution but require additional time to inform the Court whether Mr. Parmer will enter a plea or request that the Court set a trial date. The defense continues to review a potential resolution with the

1

defendant, as well as continues to review the evidence in this case in preparation for a potential trial. For this reason, the parties stipulate and respectfully request that the Court continue the status currently set for March 30, 2021 until April 20, 2021.

Dated:  March 29, 2021

Respectfully submitted,

_____/s/_____
Edward W. Swanson
Audrey A. Barron
SWANSON & McNAMARA LLP
Attorneys for RICHARD LEE PARMER

**ORDER**

For the reasons stated above, the status conference set for March 30, 2021, is continued to April 20, 2021.

The Court finds that the exclusion of the period from March 30, 2021, is continued to April 20, 2021, from the time limits applicable under 18 U.S.C. § 3161(b), is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for defendant the reasonable time necessary for effective preparation and of counsel, taking into account the particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

IT IS SO ORDERED.

DATED: March 30, 2021

_____
HONORABLE RICHARD SEEBORG
United States Chief District Court Judge