```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7027
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 18-CR-267-RS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO EXCLUDE |
| v. | ) TIME UNDER THE SPEEDY TRIAL ACT |
| RICHARD LEE PARMER, JR., | ) |
| Defendant. | ) |

On March 29, 2021, the parties jointly requested that the previously scheduled March 30, 2021 status conference be continued until April 20, 2021, and that time be excluded under the Speedy Trial Act for the effective preparation of counsel because the "defense continue[d] to review a potential resolution with the defendant, as well as continue[d] to review the evidence in this case in preparation for a potential trial." ECF No. 175. This Court granted the parties' joint request. ECF No. 176.

However, also on March 29, 2021, the defendant was arrested for an alleged violation of the conditions of his pretrial release, and has remained in custody in Santa Rita Jail. Due to the COVID-19 protocols at Santa Rita Jail, the April 20, 2021 status conference was subsequently continued until May 24, 2021. The parties have not been able reach a resolution in this case and anticipate requesting a trial

date at the next hearing. Therefore, the parties stipulate that time should be excluded under the Speedy Trial Act through May 24, 2021 because the defense continues to prepare for trial.  For this reason, the parties stipulate and agree that excluding time through May 24, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 20, 2021 through May 24, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: April 21, 2021

_____/s/_____
Ajay Krishnamurthy
Richard Ewenstein
Assistant United States Attorneys

DATED: April 21, 2021

_____/s/_____
Ed Swanson
Audrey Barron
Counsel for Defendant Richard Lee Parmer, Jr.

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 20, 2021 through May 24, 2021 would unreasonably deny defense counsel and the defendant the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 20, 2021 through May 24, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 20, 2021 through May 24, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 21, 2021

_____
Hon. Richard Seeborg
Chief United States District Judge