```
Edward W. Swanson, SBN 159859
ed@smllp.law
Audrey Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant RICHARD LEE PARMER, JR.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>RICHARD LEE PARMER, JR.,<br><br>　　　　　　　　　　Defendant. | Case No. CR 18-00267 RS (LB)<br><br>**DEFENDANT'S NOTICE OF WAIVER OF RIGHT TO TRIAL BY JURY** |

　　　The undersigned defendant hereby waives the right to a trial by jury and requests the Court to try all chares against him in this case without a jury.

Dated: June 18, 2021　　　　　　　　　　By: _/s/ R L Parmer_
　　　　　　　　　　　　　　　　　　　　　　Richard Lee Parmer

1

The undersigned attorneys for the defendant herein represent that prior to the signing of the foregoing waiver, the defendant was fully advised as to the rights of an accused under the Constitution and laws of the United States to a speedy and public trial by jury; and further represent that, in their opinion, the above waiver by the defendant of trial by jury is voluntarily and understandingly made, and recommend to the court that the waiver be approved.

Dated: June 10, 2021

SWANSON & McNAMARA LLP

/s/
Edward W. Swanson
Audrey Barron

Attorneys for Defendant
RICHARD LEE PARMER