STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LEE PARMER, JR., <br><br> Defendant. | CASE NO. 18-CR-267-RS <br><br> **PARTIES' JOINT PRETRIAL CONFERENCE STATEMENT** <br><br> Pretrial Conf.: July 19, 2021 <br> Time:        1:00 p.m. <br> Trial Date:    August 2, 2021 <br><br> Hon. Richard Seeborg |

In accordance with Local Criminal Rule 17.1-1(b), the parties hereby submit a joint Pretrial Conference Statement.

//

//

//

//

//

//

//

JOINT PRETRIAL CONFERENCE STATEMENT
18-CR-267-RS

## I. BACKGROUND

The superseding indictment charges defendant Richard Lee Parmer, Jr. with three offenses: distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b) (Count One); receipt of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b) (Count Two); and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Count Three).

## II. ITEMS LISTED IN CRIMINAL LOCAL RULE 17.1-1

Local Rule 17.1-1 requires the parties to address 15 enumerated items "if pertinent to the case." Therefore, the parties address only items 1, 2, 4, 9, 10, and 15.

**(1) Disclosure and contemplated use of statements or reports of witnesses under the Jencks Act, 18 U.S.C. § 3500, or Fed. R. Crim. P. 26.2**

Government's statement:

The government has complied, and will continue to comply, with its discovery obligations under *Brady*, *Giglio*, and the Jencks Act, 18 U.S.C. § 3500, and Federal R. Crim. P. 26.2. At this time, the government anticipates calling two witnesses: San Francisco Police Department Sergeant and HSI Task Force Officer Christopher Servat and Santa Clara Police Department Officer and Forensic Examiner Steven Ernst. Sergeant Servat has no prior statements that fall within the requirements of the Jencks Act or Federal Rule of Criminal Procedure 26.2. The government has produced all reports written by Officer Ernst.

Defendant's statement:

At this time, the defense anticipates calling one witness: computer forensic expert Joshua Michel. The defense has no prior statements to disclose at this time. The defendant may also choose to testify at trial.

**(2) Disclosure and contemplated use of grand jury testimony of witnesses intended to be called at the trial**

Government's statement:

San Francisco Police Department Sergeant Alicia Worthington was the only witness to testify in front of the grand jury in this case. Although the government does not anticipate calling Sergeant Worthington at trial, the government will produce the transcripts of her testimony this week.

Defendant's statement:

    The defense is awaiting production of the grand jury testimony.

**(3) Disclosure of exculpatory or other evidence favorable to the defendant on the issue of guilt or punishment**

Government's statement:

    The government believes that it has disclosed all *Brady* material within its possession, custody, or control, and recognizes its ongoing obligation to do so. The government also understands its continuing duty to comply with Rule 16 and will do so.

Defendant's statement:

    Not applicable.

**(4) Stipulation of facts which may be deemed proved at the trial without further proof by either party and limitation of witnesses**

Government's statement:

    The parties are in the process of negotiating several trial stipulations regarding the search of Parmer's residence, the electronic devices seized from Parmer's residence, and the content of certain files located on those devices.

Defendant's statement:

    No information to add.

**(9) Pretrial exchange of lists of witnesses intended to be called in person or by deposition to testify at trial, except those who may be called only for impeachment or rebuttal**

Government's statement:

    As described above, the government intends to call two witnesses at trial: San Francisco Police Department Sergeant and HSI Task Force Officer Christopher Servat and Santa Clara Police Department Officer and Forensic Examiner Steven Ernst.

Defendant's statement:

    As described above, the defense intends to call computer forensic expert Joshua Michel. The defendant may also choose to testify at trial.

**(10) Pretrial exchange of documents, exhibits, summaries, schedules, models or diagrams intended**

**to be offered or used at trial, except materials that may be used only for impeachment or rebuttal**

Government's statement:

The government provided its list of proposed exhibits to the defense on Friday, July 9, 2021.

Defendant's statement:

The defense received the government's proposed exhibits on July 9, 2021. The defense does not have exhibits to provide at this time but will disclose any proposed exhibits the defense anticipates using prior to trial.

**(15) Any other matter that may tend to promote a fair and expeditious trial.**

The parties are not aware of anything further.

DATED: July 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

 /s/
RICHARD EWENSTEIN
AJAY KRISHNAMURTHY
Assistant United States Attorney

       /s/
EDWARD W. SWANSON
AUDREY BARRON
Attorneys for Defendant