STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov
    Richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-CR-267-RS |
| Plaintiff, | UNITED STATES' EXHIBIT LIST |
| v. | Trial Date: September 2, 2021 |
| RICHARD LEE PARMER, JR., | |
| Defendant. | |

    The United States respectfully submits its list of proposed exhibits.

USA EXHIBIT LIST
18-CR-267-RS

1

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

Case No.  18-CR-267              Trial Date:  September 2, 2021

*United States    vs.    Richard Lee Parmer, Jr.*

**GOVERNMENT'S EXHIBIT LIST**

| Ex. No. | Title | Marked | Admitted |
|---|---|---|---|
| 1 | 03 LoginWithHint.PNG | | |
| 2 | 04 Desktop.PNG | | |
| 3 | 1Mega.txt | | |
| 4 | New Text Document (4).txt | | |
| 5 | 13 DesktopTextFolder-PARMER.PNG | | |
| 6 | Motherload.txt | | |
| 7 | WIN_20151220_22_42_28_Pro.jpg | | |
| 8 | 08 BitTorrentDownloadLocation.PNG | | |
| 9 | 10 BitTorrentPref-Queueing.PNG | | |
| 10 | 07 Queueing.PNG | | |
| 11 | AutomaticUploading.PNG | | |
| 12 | 02 Open screen to match SVE055263.PNG | | |
| 13 | 12 D-TorrentsFolderList.PNG | | |
| 14 | 14 D-TorrentsFolderList2.PNG | | |
| 15 | FTK Case Report - SVE055065 Hash Matches (1 of 2).JPG | | |
| 16 | FTK Case Report - SVE055065 Hash Matches (2 of 2).JPG | | |
| 17 | Filename List from SVE055065 Little.PNG | | |

DATED: September 1, 2021                    Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
RICHARD EWENSTEIN
AJAY KRISHNAMURTHY
Assistant United States Attorneys

USA EXHIBIT LIST
18-CR-267-RS

2