STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov
    Richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) 18-CR-267-RS |
|---|---|
| Plaintiff, | ) UNITED STATES' WITNESS LIST |
| v. | ) Trial Date: September 2, 2021 |
| RICHARD LEE PARMER, JR., | ) |
| Defendant. | ) |

    The United States respectfully submits its witness list.

//

//

//

//

//

//

//

//

WITNESS LIST
18-CR-267-RS

1

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

Case No. 18-CR-267     Trial Date: September 2, 2021

*United States   vs.   Richard Lee Parmer, Jr.*

**GOVERNMENT'S WITNESS LIST**

1. Christopher Servat,
   Sergeant, San Francisco Police Department and Task Force Officer, Department of Homeland Security, Homeland Security Investigations

2. Steven Ernst,
   Detective, Santa Clara Police Department

DATED: September 1, 2021                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            Acting United States Attorney

                                            _____/s/_____
                                            RICHARD EWENSTEIN
                                            AJAY KRISHNAMURTHY
                                            Assistant United States Attorneys

WITNESS LIST
18-CR-267-RS